JUBAL HARRINGTON *v.* ARABELLA HARRINGTON.          CALEDONIA,
                                                      *March,*
                                                       1838.
*(Petition for divorce.)*

THE petitionee moved the court for temporary alimony, for her support during the pendency of the petition, and to enable her to defray the expenses of resisting it.

By the Court.—The statute gives this court, which, in applications for divorces, acts as a court of law, no power to grant alimony, except after divorce granted.

                                        Motion denied.

*N. Baylies* and *G. C. Cahoon,* for petitionee.
*E. Paddock,* for petitioner.